**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 8 2014



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD MALONEY, | No. 12-17747 |
| Plaintiff - Appellant, | D.C. No. 2:12-cv-01955-JAT |
| v. | |
| MARY BETH BLAIR, | MEMORANDUM* |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted September 23, 2014**

Before:    W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

Richard Maloney appeals pro se from the district court's judgment in his

diversity action alleging state law claims of negligence and breach of oral contract.

We have jurisdiction under 28 U.S.C. § 1291.  We review de novo a district court's

judgment on the pleadings under Fed. R. Civ. P. 12(c).  *Berg v. Popham*, 412 F.3d

---

      *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

      **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1122, 1125 (9th Cir. 2005). We affirm.

The district court properly dismissed Maloney's action because Maloney failed to allege sufficient facts to show negligence or breach of contract. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) ("Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice."); *Gipson v. Kasey*, 150 P.3d 228, 230 (Ariz. 2007) (elements of negligence claim under Arizona law); *Chartone, Inc. v. Bernini*, 83 P.3d 1103, 1111 (Ariz. Ct. App. 2004) (elements of breach of contract claim under Arizona law).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009) (per curiam).

**AFFIRMED.**